# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COOPERATIVA DE SEGUROS MULTIPLES,**

      **Plaintiff,**

v.                                                    Case No:  6:12-cv-1005-Orl-22GJK

**B.Q., ANDREA C. RAMON, HENRY PAUL RAMON,**

      **Defendants.**

## ORDER

This cause is before the Court on Motion Requesting Leave of Court to Deposit Funds with the Clerk of the Court (Doc. No. 16-3) filed on February 7, 2013.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice and that all pending motions be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed on July 16, 2013 (Doc. No. 37), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**.

3. All pending motions are **DENIED as moot**.

4. The Clerk is **DIRECTED TO CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties